NITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

Plaintiff,

v.

JAMES MONROE FLOWERS, JR.,,

Defendant.

Case No. MJ11-214

**DETENTION ORDER**

Offense charged:

Possession of crack cocaine with intent to distribute.

Carrying a firearm in relation to a drug trafficking crime.

Date of Detention Hearing:  May 11, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has an extensive criminal history with convictions for crimes of violence and

DETENTION ORDER - 1

drug trafficking.  The government proffered that defendant fled when local police attempted to

arrest him in this case.  This turned into a high speed chase in which a car was rammed.  After

his arrest, defendant posted bond in state court and was released.  While on release, he was

observed by law enforcement engaged in drug trafficking activities.  When law enforcement

attempted to arrest defendant on the arrest warrant issued in this case, defendant once again

attempted to flee.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

Officer.

DATED this 10th day of May, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2